

# NUMBER 13-23-00048-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN RE ROSALINDA RUIZ

On Petition for Writ of Mandamus.

# ORDER

**Before Chief Justice Contreras and Justices Longoria and Silva**
**Order Per Curiam**

Relator Rosalinda Ruiz has filed a petition for writ of mandamus and a motion to stay in the above-referenced cause. By petition for writ of mandamus, relator contends that the trial court abused its discretion by (1) refusing to disqualify counsel for the real party in interest, and (2) granting discovery sanctions. By motion to stay, relator seeks to stay the jury trial of this matter, currently set for February 6, 2023, pending the resolution of this petition for writ of mandamus.

The Court, having examined and fully considered the motion to stay, is of the opinion that it should be granted. Accordingly, we grant the motion to stay, and we order the jury trial set for February 6, 2023, to be stayed pending the resolution of this original proceeding. *See* TEX. R. APP. P. 52.10(b) ("Unless vacated or modified, an order granting temporary relief is effective until the case is finally decided."). The Court requests the real party in interest, Maricela Huerta, individually and as next friend to E.H. and A.H., minors, or any others whose interest may be directly affected by the relief sought, to file a response to the petition for writ of mandamus within ten days from the date of this order. *See id.* R. 52.4, 52.8.

PER CURIAM

Delivered and filed on the
2nd day of February, 2023.